BERT C. SANDERS, Respondent, v. FREDERICK J. ZORN, Appellant.— Judgment and order affirmed, with costs. All concur.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v. CHARLES S. OWEN, as Sheriff of Monroe County, Appellant.— Judgment and order affirmed, with costs. All concur.

ROBERT DREW DUNN and Another, Personally and as Administrators, etc., of MARY J. SHAW, Deceased, Appellants, v. THOMAS BISHOP and Others, Respondents.— Judgment affirmed, with costs. All concur.

OLLIE WHITE and Another, Respondents, v. GEORGE W. DEGRAFF and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

T. A. GILLESPIE COMPANY, Respondent, v. FERGUSON STEEL AND IRON COMPANY, INC., Appellant.— Motion granted and appeal dismissed, with costs.

BENNIE AUBIN, Appellant, v. DAVID WADSWORTH, Respondent.— Motion granted and appeal dismissed, with costs.

LAURA FOX WETMORE, as Administratrix, etc., Appellant, v. FRANK FOWLER and Others, Respondents.— Motion granted and appeal dismissed, with costs.

In the Matter of Proving the Alleged Last Will and Testament of KATHERINE M. SCHUSTER, Deceased.— Motion granted and appeal dismissed, with costs.

HERBERT J. MESSECAR, an Infant, etc., Appellant, v. JOHN DABOLT, Respondent.— Motion granted and appeal dismissed, with costs.

JOSEPA KANCIAK, Appellant, v. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent.— Motion granted and appeal dismissed, with costs.

EAST SIDE SAVINGS BANK OF ROCHESTER, Respondent, v. ABRAHAM MELNICK and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

INEZ R. HARTLEY, Respondent, v. JAMES MYRON RINGER, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs and pay to respondent's attorneys ten dollars by March ninth and be ready for argument on March fifteenth.

WARREN REFINING CHEMICAL COMPANY, Appellant, v. JAMES O. SEBRING, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs and pay to respondent ten dollars by March fifth and be ready for argument on March fifteenth.

ANNA SMITH, Respondent, v. TRUSTEES OF VILLAGE OF CLIFTON SPRINGS, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs by March ninth and be ready for argument on March fifteenth.

CHARLES L. POWELL, Respondent, v. THOMAS B. WELCH, Appellant.— Motion to dismiss appeal denied and case set down for argument on March ninth.